**Order entered January 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00306-CR

**KAREN PATRICIA BOWIE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81418-2011**

## ORDER

Appellant's December 27, 2013 motion to consider replacing appellate counsel is **GRANTED**. William L. Schultz is **REMOVED** as counsel of record for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We further **ORDER** the trial court to transmit to this Court, within **THIRTY DAYS** of the date of this order, a supplemental clerk's record with the order appointing new counsel.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the supplemental clerk's record is filed, whichever is earlier.

/s/    LANA MYERS
        JUSTICE